ACCEPTED
12-15-00047-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/20/2015 2:39:36 PM
CATHY LUSK
CLERK

Cause No. 12-15-00047-CV
IN THE COURT OF APPEALS
FOR THE TWELFTH JUDICIAL DISTRICT
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/20/2015 2:39:36 PM

CATHY S. LUSK
Clerk

=================================================================

=========

MARK J. HEALEY
APPELLANT

V.

EDWIN N. HEALEY
APPELLEE

--------------------------------------------------------------------------------------

----------------

*On Appeal from Severed Cause No. 2014C-0638
From the 3rd District Court, Henderson County, Texas
Honorable Mark Calhoon, Judge Presiding*

=================================================================

=========

APPELLANT'S APPENDIX TO BRIEF

=================================================================

=========

STARK & GROOM, L.L.P.
Steve Stark
State Bar No.: 19066000
110 East Corsicana Street
Athens, Texas 75751
Phone: (903)675-5691
Fax: (903)675-6454
Email: stevestark@starkandgroom.com
Attorney For Appellant



APPENDIX PG
16

Vernon's Texas Rules Annotated
  Texas Rules of Civil Procedure
    Part II. Rules of Practice in District and County Courts
      Section 5. Citation (Refs & Annos)

TX Rules of Civil Procedure, Rule 120a

Rule 120a. Special Appearance

Currentness

1. Notwithstanding the provisions of Rules 121, 122 and 123, a special appearance may be made by any party either in person or by attorney for the purpose of objecting to the jurisdiction of the court over the person or property of the defendant on the ground that such party or property is not amenable to process issued by the courts of this State. A special appearance may be made as to an entire proceeding or as to any severable claim involved therein. Such special appearance shall be made by sworn motion filed prior to motion to transfer venue or any other plea, pleading or motion; provided however, that a motion to transfer venue and any other plea, pleading, or motion may be contained in the same instrument or filed subsequent thereto without waiver of such special appearance; and may be amended to cure defects. The issuance of process for witnesses, the taking of depositions, the serving of requests for admissions, and the use of discovery processes, shall not constitute a waiver of such special appearance. Every appearance, prior to judgment, not in compliance with this rule is a general appearance.

2. Any motion to challenge the jurisdiction provided for herein shall be heard and determined before a motion to transfer venue or any other plea or pleading may be heard. No determination of any issue of fact in connection with the objection to jurisdiction is a determination of the merits of the case or any aspect thereof.

3. The court shall determine the special appearance on the basis of the pleadings, any stipulations made by and between the parties, such affidavits and attachments as may be filed by the parties, the results of discovery processes, and any oral testimony. The affidavits, if any, shall be served at least seven days before the hearing, shall be made on personal knowledge, shall set forth specific facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify.

APPendix Pg
17

Should it appear from the affidavits of a party opposing the motion that he cannot for reasons stated present by affidavit facts essential to justify his opposition, the court may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just.

Should it appear to the satisfaction of the court at any time that any of such affidavits are presented in violation of Rule 13, the court shall impose sanctions in accordance with that rule.

4. If the court sustains the objection to jurisdiction, an appropriate order shall be entered. If the objection to jurisdiction is overruled, the objecting party may thereafter appear generally for any purpose. Any such special appearance or such general appearance shall not be deemed a waiver of the objection to jurisdiction when the objecting party or subject matter is not amenable to process issued by the courts of this State.

**Credits**
April 12, 1962, eff. Sept. 1, 1962. Amended by orders of July 22, 1975, eff. Jan. 1, 1976; June 15, 1983, eff. Sept. 1, 1983; April 24, 1990, eff. Sept. 1, 1990.

Notes of Decisions (444)

Vernon's Ann. Texas Rules Civ. Proc., Rule 120a, TX R RCP Rule 120a
Current with amendments received through 6/1/2015

Appendix Pg
18

## NO. 2014C-0638

| | | |
|---|---|---|
| EDWIN N. HEALEY | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| | § | 3rd JUDICIAL DISTRICT |
| E. PETER HEALEY, | § | |
| PAUL C. HEALEY, and | § | |
| MARK J. HEALEY | § | HENDERSON COUNTY, TEXAS |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MARK J. HEALEY

Plaintiff, Edwin N. Healey ("Plaintiff"), files this Motion for Default Judgment against non-appearing or answering Defendant, Mark J. Healey ("Defendant"), and will show the Court as follows:

### I. Facts and Procedural History

1.      On November 14, 2013, Plaintiff filed his First Amended Petition, naming Mark J. Healey as one of the Defendants.

2.      Defendant was served with Citation and the First Amended Petition on November 21, 2013 by service on the Secretary of State.

3.      The Verification (*Whitney* certificate) from the Secretary of State showing service has been on file with this Court since December 9, 2013.

4.      Defendant's deadline to answer was December 16, 2013.  Defendant has not answered or otherwise appeared in this case.

### II. Last Known Address

5.      Defendant's last known address is Rt. 1 Box 206E, Marshall, MO 65240.  (*See* Exh. A.).

### III. Military Status

6.      Defendant is not a member of the United States Military. (*See* Exh. B.)

 

## IV. Liability & Damages

7.  Since Defendant has not timely answered, Plaintiff is entitled to a default judgment on liability and damages.

8.  Defendant is liable to Plaintiff for damages in the amount of $186,620.99 on Plaintiff's claim for Money Had and Received, which is the amount of money that Defendant is responsible for improperly holding.

9.  The damages of $186,620.99 as sought in Plaintiff's Petition are liquidated; therefore, no hearing is necessary to establish the amount of damages.

## V. Conclusion and Prayer

10.  For the reasons asserted herein, Plaintiff is entitled to a default judgment against Defendant in the amount of $186,620.99. Defendant was properly served with Plaintiff's First Amended Petition on November 21, 2013, and his answer was due on December 16, 2013, yet Defendant has failed to answer or otherwise appear.

WHEREFORE, Plaintiff respectfully requests that this Court sign the Default Judgment against Defendant submitted contemporaneously with this motion and award Plaintiff his damages, lawful interest, and costs of court related to his Money Had and Received claim against Defendant. Plaintiff further requests that the Court award Plaintiff all other relief to which he may be legally or equitably entitled.

Respectfully submitted,

/s/ Koy R. Killen
Koy R. Killen
Texas Bar No. 24032628
kkillen@lovelacekillen.com
Clinton W. Dennis
Texas Bar No. 24074130
cdennis@lovelacekillen.com

**LOVELACE KILLEN, P.L.L.C.**
104 South Main Street
Burleson, Texas 76028
Telephone: (817) 447-0053
Facsimile: (817) 447-0052

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on the 11th day of November, 2014, a true copy of this document was served on the following parties of record in the manner provided, in accordance with the Texas Rules of Civil Procedure:

Steve Stark
STARK & GROOM, L.L.P.
110 East Corsicana Street
Athens, Texas 75751

**Via Facsimile (903) 675-6454**

Paul C. Healey
3309 Heather Hill
Garland, Texas 75044
*Defendant*

**Via Certified Mail, Return Receipt
Requested No. 7014 1820 0002 0429 5702,
First Class Mail,
and Email (paulandmimi@verizon.net)**

/s/ Koy R. Killen
Koy R. Killen

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**          Appendix Pg
21

**PAGE 3**

NO. <u>2014C-0638</u>

| | | |
|---|---|---|
| EDWIN N. HEALEY | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | 3rd JUDICIAL DISTRICT |
| E. PETER HEALEY, | § | |
| PAUL C. HEALEY, and | § | |
| MARK J. HEALEY | § | HENDERSON COUNTY, TEXAS |

**<u>CERTIFICATE OF LAST KNOWN ADDRESS OF MARK J. HEALEY</u>**

Plaintiff Edwin N. Healey certifies that the last known address of Mark J. Healey is Rt. 1 Box 206E, Marshall, MO 65240.

Respectfully submitted,

*/s/ Koy R. Killen*

Koy R. Killen
Texas Bar No. 24032628
kkillen@lovelacekillen.com
Clinton W. Dennis
Texas Bar No. 24074130
cdennis@lovelacekillen.com

**LOVELACE KILLEN, P.L.L.C.**
104 South Main Street
Burleson, Texas 76028
Telephone: (817) 447-0053
Facsimile: (817) 447-0052

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF LAST KNOWN ADDRESS   Appendix Pg 22   Page 1 of 1



NO. 2014C-0638

| | | |
|---|---|---|
| EDWIN N. HEALEY | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | 3rd JUDICIAL DISTRICT |
| E. PETER HEALEY, | § | |
| PAUL C. HEALEY, and | § | |
| MARK J. HEALEY | § | HENDERSON COUNTY, TEXAS |

## SERVICEMEMBERS' AFFIDAVIT

STATE OF TEXAS          §
COUNTY OF JOHNSON       §

BEFORE ME, the undersigned authority, personally appeared Koy R. Killen, who after being duly sworn on his oath deposed and stated:

"My name is Koy R. Killen. I am over eighteen (18) years of age, of sound mind, and capable of making this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct. Pursuant to 50 U.S.C. App. § 521(b)(1), I make this Affidavit in support of the Motion for Default Judgment filed by Plaintiff against Defendant Mark J. Healey. The research regarding Defendant Mark J. Healey indicates that he is not a member of the military."

Koy R. Killen

SUBSCRIBED AND SWORN TO BEFORE ME this 11th day of November, 2014, to certify which witness my hand and official seal.

NEELY MARIE ROGERS
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 01-20-2016

Notary Public, State of Texas

EXHIBIT
B

SERVICEMEMBERS' AFFIDAVIT
Cause No. 2014C-0638; *Edwin N. Healey v. E____ ____y, and Mark J. Healey*


Appendix B
23

PAGE 1 OF 1

NO. 2014C-0638

| | | |
|---|---|---|
| EDWIN N. HEALEY<br>Plaintiff, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | 3RD JUDICIAL DISTRICT |
| | § | |
| E. PETER HEALEY, PAUL C. HEALEY, | § | |
| and MARK J. HEALEY | § | |
| Defendants | § | OF HENDERSON COUNTY, TEXAS |

## SPECIAL APPEARANCE BY MARK J. HEALEY

**NOW COMES** Defendant, Mark J. Healey, and makes this Special Appearance in the above cause. Mark J. Healey objects to the jurisdiction of the Court over him and in support thereof would show the Court as follows:

I.

I, Mark J. Healey, am an individual resident in the State of Missouri.

II.

I have had no minimum contact with the State of Texas such to justify personal jurisdiction over me.

III.

I have sought no benefit advantage or profit by availing myself of jurisdiction in Texas.

IV.

Exercise of personal jurisdiction over me by this Court would offend traditional motions of fair play and substantial justice.

## PRAYER

WHEREFORE, I pray that this Court sustain my special appearance and dismiss me as a party from this suit.

Special Appearance By Mark J. Healey
Healey vs. Healey, No. 2014C-0638

Page 1



APPENDIX P9
24

Respectfully submitted,

_____

Mark J. Healey
24625 Knox Road
Marshall, MO   65340-9552
660-886-6538
Email: mjh345@hotmail.com

THE STATE OF MISSOURI

COUNTY OF Saline

Subscribed and sworn to before me by the said Mark J. Healey on this the 30th day of November , 2014.

CHRISTIE KNOTT
Notary Public - Notary Seal
STATE OF MISSOURI
SALINE COUNTY
My Commission Expires November 18, 2017
Commission Number 13549106

_____
Notary Public in and For
State of Missouri

## CERTIFICATE OF SERVICE

I certify that on Nov. 30th , 2014 a true and correct copy of Mark J. Healey's Special Appearance was served on all parties or counsel of record in accordance with rules.

Koy R. Killen
104 South Main Street
Burleson, Texas   76028

Steve Stark
110 E. Corsicana
Athens, Texas   75751

Paul C. Healey
3309 Heather Hill
Garland, Texas   75044

_____
Mark J. Healey

Appendix Pg
25

CAUSE NO. 2014C-0638

| | | |
|---|---|---|
| EDWIN N. HEALEY, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| v. | § | 3RD JUDICIAL DISTRICT |
| | § | |
| | § | |
| E. PETER HEALEY, | § | |
| PAUL C. HEALEY, AND | § | |
| MARK J. HEALEY | § | HENDERSON COUNTY, TEXAS |

## DEFAULT JUDGMENT AGAINST MARK J. HEALEY

On this date, the Court considered the Motion for Default Judgment ("Motion") filed by Plaintiff Edwin N. Healey ("Plaintiff") against Defendant Mark J. Healey ("Defendant"). All premises considered, the Court finds that (i) the Court has jurisdiction over this matter; (ii) Defendant was properly served with process; (iii) the return of service has been on file with the Clerk for more than ten days exclusive of the date of filing and this date; (iv) the deadline for Defendant to answer was December 16, 2013; (v) Defendant has failed to timely appear and answer, and is therefore in default; (vi) Defendant is not on active military duty; (vii) all allegations in Plaintiff's First Amended Petition are deemed admitted; (viii) Plaintiff's damages are liquidated and no hearing is necessary to establish damages; and (ix) Plaintiff is entitled to judgment against Defendant for the amounts set forth below. Accordingly, Plaintiff's Motion for Default Judgment is **GRANTED** in all things.

IT IS THEREFORE **ORDERED, ADJUDGED, and DECREED** that Edwin N. Healey, Plaintiff, have judgment against Defendant Mark J. Healey for the following:

1.    Actual and economic damages against Defendant in the amount of $186,620.99;

2.    Court costs in the amount of $274;

3.    Prejudgment interest of 5% of actual damages from November 14, 2013, until the day before final judgment; and

DEFAULT JUDGMENT AGAINST MARK J. HEALEY     Appendix Ps 26                    Page 1

4.     Postjudgment interest on all amounts awarded at the rate of 5% from the date of this judgment until paid in full.

IT IS **ORDERED** that Plaintiff shall have all writs of execution and other processes necessary to enforce this judgment.

SIGNED this _____ day of ___11/25___, 2014.

_____
JUDGE PRESIDING

NO. 2014C-0638

| | | |
|---|---|---|
| EDWIN N. HEALEY<br>Plaintiff, | §<br>§ | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | 3RD JUDICIAL DISTRICT |
| E. PETER HEALEY, PAUL C. HEALEY, | § | |
| and MARK J. HEALEY | § | |
| Defendants | § | |
| | § | OF HENDERSON COUNTY, TEXAS |

## MARK J. HEALEY'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Mark J. Healey, and moves this cause for a new trial and in support thereof would show the Court as follows:

I.

The Court signed a Default Judgment against Mark J. Healey on November 25, 2014.

II.

Prior to such default judgment, on November 20, 2104, Mark J. Healey had filed his Special Appearance with the Henderson County District Clerk.

III.

Rule 120a of the Texas Rules of Civil Procedure specifically provides that a Defendant's plea to the jurisdiction "shall be heard and determined before a motion to transfer of venue of any other plea or pleadings may be heard". Ruling on the Motion For Default Judgment prior to determination of the Special Appearance is error.

IV.

In January 2014, Mark J. Healey furnished to Plaintiff's counsel an answer as attached. Plaintiff's attorney thereafter sent written discovery Mark J. Healey.

Mark J. Healey's Motion For New Trial
Healey vs. Healey, No. 2014C-0638


APPendix Pg
28

Page 1

Plaintiff's attorney was clearly aware of Mark J. Healey's address, yet he did not send Mark J. Healey a copy of the Motion For Default Judgment and Defendant had no notice of consideration of such motion.

## V.

Having appeared November 20, 2014, Mark J. Healey is entitled as a matter of due process to notice of the motion for default judgment and notice of hearing of same. In *Wilson v. Wilson,* 132 S.W. 3d 533, the Court held:

> [4][5]  A defendant who makes an appearance following service of process is entitled to notice of the trial setting as a matter of constitutional due process. *Peralta v. Heights Med. Ctr., Inc.,* 485 U.S. 80, 86, 108 S. Ct. 896, 899-900, 99 L.Ed.2d 75, (1988); *LBL Oil Co. v. Int'l Power Serv. Inc.* 777 S.W.2d 390, 390-91 (Tex. 1989).

## VI.

Defendant E. Peter Healey replied and objected to such Motion For Default Judgment and a hearing was set on such motion for December 16, 2014. Yet the Court granted such default judgment prior to and without such hearing, and without notice.

## VII.

Plaintiff's pleadings do not give fair notice of the cause of action against Mark J. Healey to support the Default Judgment granted herein.

## VIII.

The damages claimed against Mark J. Healey are unliquidated and no evidence was given to support damages.

## IX.

Defendant Mark J. Healey's failure to answer was not intentional, or because of conscious indifference. Defendant reasonably assumed that having filed his Special Appearance, the same would be heard and determined by the Court prior to any further

Mark J. Healey's Motion For New Trial
Healey vs. Healey, No. 2014C-0638

 Appendix Pg 29

Page 2

action, much less a default judgment.

## X.

Defendant Mark J. Healey has a meritorious defense to Plaintiff's claim in that he does not owe Plaintiff any money, has not withheld from or deprived Plaintiff of any money or property belonging to Plaintiff. Mark J. Healey has not received any money from Plaintiff as alleged. The money allegedly withheld from Plaintiff, by his pleading belongs to E. Peter Healey. Mark J. Healey has not agreed with E. Pete Healey or Paul Healey to accomplish any unlawful act or purpose or any lawful act or purpose by unlawful means, or breached any fiduciary duty. Mark J. Healey has made no misrepresentation to Plaintiff.

## XI.

There is no delay or harm to Plaintiff in granting a new trial in that Plaintiff is not entitled to Default Judgment and because the judgment entered is interlocutory in that there are other parties and issues not resolved.

## XII.

The Court has broad discretion to grant a new trial and should do so as a matter of fundamental fairness.

## **PRAYER**

WHEREFORE, Defendant Mark J. Healey moves the court to grant Motion For New Trial in connection with the Default Judgment entered and this Court hear and determine his Special Appearance prior to any other proceedings against him, in accordance with the law.

Mark J. Healey's Motion For New Trial
Healey vs. Healey, No. 2014C-0638

Appendix Pg
30

Page 3

Respectfully submitted,

_Mark J. Healey_
Mark J. Healey
24625 Knox Road
Marshall, MO   65340-9552
660-886-6538
Email: mjh345@hotmail.com

Mark J. Healey's Motion For New Trial
Healey vs. Healey, No. 2014C-0638

APPendix P3
31

Page 4

# VERIFICATION

I, Mark J. Healey, state under oath:

I am the Movant in the foregoing Motion For New Trial. I have read the foregoing motion for new trial and all statements therein are within my personal knowledge, true and correct.

I am fully competent to testify as a witness.

_____
Mark J. Healey

Signed under oath before me, on this the ____16____ day of December, 2014.

MONIQUE TOLEDO
Notary Public - Notary Seal
STATE OF MISSOURI
SALINE COUNTY
My Commission Expires November 24, 2018
Commission Number 14631680

_____
Notary Public, State of Missouri

Mark J. Healey's Motion For New Trial
Healey vs. Healey, No. 2014C-0638

APPendix PJ
32

Page 5

## CERTIFICATE OF SERVICE

I certify that on _____Dec 16_____, 20_14_ a true and correct copy of Mark J. Healey's Motion For New Trial was served on all parties or counsel of record in accordance with rules.

Koy R. Killen
104 South Main Street
Burleson, Texas   76028

Steve Stark
110 E. Corsicana
Athens, Texas   75751

Paul C. Healey
3309 Heather Hill
Garland, Texas   75044

_____
Mark J. Healey

Mark J. Healey's Motion For New Trial
Healey vs. Healey, No. 2014C-0638

Appendix Pg
33

Page 6

CAUSE NO. 352 268327 13

| | | |
|---|---|---|
| EDWIN N. HEALEY | § | IN THE DISTRICT COURT |
| v. | § § § | |
| E. PETER HEALEY, | § | TARRANT COUNTY, TEXAS |
| PAUL C. HEALEY, and | § | |
| MARK J. HEALEY | § | 352ND JUDICIAL DISTRICT |

## DEFENDANT MARK J. HEALEY'S ANSWER
## TO PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Mark J. Healey, Defendant in the above styled and numbered cause who, in answer to Plaintiff's First Amended Petition, would respectfully show unto the Court as follows:

## I.
## GENERAL DENIAL

Defendant denies each and every, all and singular, the allegations contained in Plaintiff's Original Petition, says that the same are not true in whole or in part and demands strict proof thereof.

## II.
## AFFIRMATIVE DEFENSES

Defendant Mark J. Healey solely makes a special appearance here for the purpose of denying that jurisdiction is proper under Section 17.044(b) Texas Rules of Civil Procedure for the reasons that he has no connections with or in Texas, has no contacts with Texas such that jurisdiction would be proper

Defendant, Mark J. Healey reserves the right to amend and answer further in this proceeding in the manner authorized by the Texas Rules of Civil Procedure.

DEFENDANT MARK J. HEALEY'S ANSWER
TO PLAINTIFF'S FIRST AMENDED ANSWER

Appendix Pg
34

Page 1

WHEREFORE, PREMISES CONSIDERED, Defendant Mark J. Healey prays that Plaintiff take nothing, that costs be adjudged against Plaintiff; and that he go hence without delay.

Respectfully Submitted,

*Mark J. Healey, Pro Se*
Route 1, Box 206E
Marshall, MO  65340
(660) 886-6538

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served upon the following on this   day of January, 2014.

**VIA CERTIFIED MAIL, RRR:** 7013 3020 0000 6374 2433
Koy R. Killen
Clinton W. Dennis
104 South Main Street
Burleson, Texas  76028

MARC HEALEY

Healey's defamation claim that was filed in this county.

THE COURT: Okay. All right.

MR. MARK HEALEY: Your Honor, I also have a special appearance disputing jurisdiction as to me personally.

THE COURT: Okay. You ready on your motion for new trial?

MR. KILLEN: That has not been set.

THE COURT: Right.

Mr. Healey, are you ready on your motion for new trial.

MR. MARK HEALEY: Yes.

THE COURT: Hold on a second. Mr. Killen, is that how it's pronounced?

MR. KILLEN: Yes, Your Honor.

THE COURT: Do you have a written response to his motion for new trial?

MR. KILLEN: I do not.

THE COURT: Okay. I was going to read it if you do.

All right. Mr. Healey, Mark Healey, go right ahead on your motion for new trial.

MR. MARK HEALEY: Well, according to Texas Rule 21120A, I filed a special appearance on 11/20, which has never been heard, I never received notice that there was

6


Appendix pg 36

a pleading for default judgment, and I never received notice of a trial setting. And the default judgment was entered on the 25th without me receiving any notice, and according to 120A, I think that substantially offends due process. You know, I've met the three prong Craddock test. I have not been indifferent as to this, I filed an entry. I have a meritorious defense and really it's an interlocutory judgment so nobody would be harmed in the event of this.

THE COURT: Anything else?

MR. MARK HEALEY: No.

THE COURT: All right. Thank you.

Response?

MR. KILLEN: Your Honor, initially, the movant on the motion for new trial has the burden to present evidence. There's been no evidence presented to this Court, whether in the form of an affidavit or any sworn testimony, and Mark Healey has now closed his argument, so I would submit to the Court that there is no evidence before the Court in support of any of the three Craddock factors. So the motion should be denied on that basis alone.

But furthermore, just the brief history. This case was filed on September 23rd, 2013 in Tarrant County. Mark Healey's answer was due on December 16th,

District Clerk
Henderson County, Texas
By ~~EDWIN N. HEALEY,~~ Deputy

CAUSE NO. 2014C-0638

§     IN THE DISTRICT COURT
§
§
§     3RD JUDICIAL DISTRICT

v.

§
§
E. PETER HEALEY,             §
PAUL C. HEALEY, AND      §
MARK J. HEALEY          §     HENDERSON COUNTY, TEXAS

## ORDER OF SEVERANCE

IT IS ORDERED that all of Edwin N. Healey's claims against Mark J. Healey are severed from this cause. IT IS FURTHER ORDERED that the Clerk of this Court assign the severed cause a separate cause number of **2014C-0638-A** and copy the following documents (with all attachments) and include them in the new file:

1. Plaintiff's Original Petition and Requests for Disclosure;

2. Plaintiff's First Amended Petition;

3. Plaintiff's Second Amended Petition;

4. Plaintiff's Third Amended Petition;

5. Citation on Mark J. Healey;

6. Citation to Secretary of State re: Mark J. Healey;

7. Officer's Return for Citation to Secretary of State re: Mark J. Healey;

8. Certification from Secretary of State re: Citation and Service on Mark J. Healey;

9. Plaintiff's Motion to Compel Discovery Against Mark J. Healey;

10. Order on Defendant E. Peter Healey's Motion to Transfer Venue;

11. Plaintiff's Motion for Default Judgment Against Defendant Mark J. Healey;

12. Notice dated November 12, 2014;

JAN 27 2015

District Clerk
Henderson County, Texas
By _____ Deputy

Appendix P3
38

13. Agreed Order of Consolidation;

14. Judge's Note – S/O Default as to Defendant Mark Healey dated November 25, 2014;

15. Default Judgment Against Mark J. Healey;

16. Agreed Order of Consolidation;

17. Special Appearance by Mark J. Healey;

18. Mark J. Healey's Original Answer;

19. Mark J. Healey's Request for Findings of Fact and Conclusions of Law;

20. Mark J. Healey's Motion for New Trial;

21. Letter filed on December 23, 2014;

22. Notice of Setting filed on December 30, 2014;

23. Judge's Note – Set Motion for New Trial on January 22, 2014 @ 9 a.m., dated December 30, 2014;

24. Order Denying Defendant, Mark J. Healey's Motion for New Trial;

25. This Order of Severance; and

26. A copy of the docket sheet.

By this Order, all claims against Mark J. Healey are adjudicated, and the Default Judgment Against Mark J. Healey, signed on November 25, 2014, is **final** and **appealable**.

IT IS FURTHER ORDERED that all future filings related to claims against Mark J. Healey and/or the Default Judgment shall be filed in the newly assigned cause number.

SIGNED this _____ day of _____ 1/27 _____ 2015.

_____
JUDGE PRESIDING

Appendix Ps
39

# REGISTER OF ACTIONS
## CASE NO. 2014C-0638

EDWIN N. HEALEY vs. E. PETER HEALEY, ET AL *** TO CONSOLIDATE  §
2013A-1049 W/2014C-0638 & TO PROCEED UNDER 2014C-0638***  §
 §
 §
 §

Case Type: **Transfer**
Date Filed: **07/07/2014**
Location: **3rd District Court**

---

### RELATED CASE INFORMATION

**Related Cases**
2013A-1049 (Other)

---

### PARTY INFORMATION

| | |
|---|---|
| **Defendant** | **Attorneys**<br>STEVE STARK<br>*Retained*<br>903-675-5691(W) |
| **Defendant** | Pro Se |
| **Defendant** | |
| **Plaintiff** | KOY R KILLEN<br>*Retained*<br>817-447-0053(W) |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

11/25/2014 | **Default Judgment** (Judicial Officer: Calhoon, Mark)
Converted Disposition:
    Party: HEALEY, MARK J Disposition: DEFAULT JUDGEMENT / ORDER Judgment : For Plaintiff Reporter: Brandi Ray
Party(HEALEY, MARK J)
    Judgment: (P) - for Plaintiff Judgment Amt: 0.00

06/30/2015 | **Final Judgment** (Judicial Officer: Calhoon, Mark)

**OTHER EVENTS AND HEARINGS**

07/07/2014 | **Transfer (County Use Only)**
*TARRANT COUNTY TRANSFERRED FROM (TRANS)*
07/09/2014 | **Clerk's Note**
*BILL OF COST MAILED TO ATTY STEVE STARK CLERK'S NOTES (CLERK)*
08/04/2014 | **Motion to Compel**
*PLAINTIFF'S MOTION TO COMPEL ACCOUNTING AGAINST E. PETER HEALEY MOTION TO COMPEL (MTNTC)*
09/15/2014 | **Answer/Response/Contest**
*DEFENDANT E. PETER HEALEY'S FIRST AMENDED ANSWER AND COUNTERCLAIM FIRST AMENDED ORIGINAL ANSWER (FAOANS)*
09/18/2014 | **All Pending Motions** (9:00 AM) (Judicial Officer Calhoon, Mark)
*m/compel accounting and discovery*
10/10/2014 | **Order**
*ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST PAUL C. HEALEY ORDER GRANTING (ORDGR)*
    Page NOT SIGNED
10/10/2014 | **Response**
*REPLY TO PLAINTIFF'S MOTION TO COMPEL ACCOUNTING AND MOTION TO COMPEL DISCOVERY RESPONSE TO (REP)*
10/10/2014 | **Order**
*ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST E. PETER HEALEY ORDER GRANTING (ORDGR)*
    Page NOT SIGNED
10/13/2014 | **Judge's Note**
*PHONE CONFERENCE ON P MOTION COMPEL ACCOUNTING & MOTIION COMPEL, INTERROGATORIES ANSWERED; GRANTED MOTION REGARDING. ATT KILLEN TO PRESENT ORDER; TOOK INTERROGATORY MOTION ADVISEMENT. MC JUDGE'S NOTE (JN)*
10/13/2014 | **Telephonic Conference** (1:00 PM) (Judicial Officer Calhoon, Mark)
10/14/2014 | **Affidavit**
*AFFIDAVIT OF KOY R KILLEN AFFIDAVIT (AFF)*
10/15/2014 | **Amended Petition**
*THIRD AMENDED PETITION (TAP)*
10/24/2014 | **Order**
*ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST PAUL C. HEALEY ORDER (OR)*
10/24/2014 | **Order**
*ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ACCOUNTING AGAINST EE. PETER HEALEY ORDER (OR)*
10/24/2014 | **Order**
*ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST E. PETER HEALEY ORDER (OR)*
10/24/2014 | **Judge's Note**

*Appendix Pg*
*40*

*S/O GRANTING; P MOTION COMPEL ACCOUNTING; S/O OVERRULING DEFENDANT OBJECTION & GRANTING MOTION COMPEL DISCOVERY; REQUEST ATT FEES DENIED. MC JUDGE'S NOTE (JN)*

10/31/2014 **Consolidation**
*MOTION TO CONSOLIDATE (MTCON)*

10/31/2014 **Motion for Enforcement**
*MOTION FOR EXTENSTION OF TIME TO RESPOND TO DISCOVERY MOTION FOR EXTENSION (MFE)*

11/11/2014 **Motion**
*PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MARK J HEALEY MOTION FOR DEFAULT FINAL JUDGMENT (MFDJ)*

11/12/2014 **Notice**
*NOTICE (NOTICE)*

11/13/2014 **Response**
*E. PETER HEALEY'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT MARK J HEALEY RESPONSE TO (REP)*

11/17/2014 **Order**
*AGREED ORDER OF CONSOLIDATION ORDER ON MOTION TO CONSOLIDATE (OTC)*

11/17/2014 **Judge's Note**
*SIGNED AGREED ORDER OF CONSOLIDATION. MC JUDGE'S NOTE (JN)*

11/20/2014 **Appearance of Counsel**
*SPECIAL APPEARANCE BY MARK J HEALY APPEARANCE (APP)*

11/25/2014 **Default Judgment**
*DEFAULT JUDGMENT AGAINST MARK J HEALEY DEFAULT JUDGMENT (DJ)*

11/25/2014 **Judge's Note**
*S/O DEFAULT AS TO DEFENDANT MARK HEALEY JUDGE'S NOTE (JN)*

12/12/2014 **Request**
*REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW (RFFCL)*

12/16/2014 **Default Judgment** (9:00 AM) (Judicial Officer Calhoon, Mark)
Result: Pass

12/18/2014 **Motion for New Trial**
*MARK J HEALEY'S MOTION FOR NEW TRIAL MOTION FOR NEW TRIAL (MFNT)*

12/18/2014 **Answer**
*MARK J HEALEY ANSWER (ANS)*

12/30/2014 **Notice of Setting**
*NOTICE OF SETTING (NOS)*

12/30/2014 **Judge's Note**
*SET MOTION FOR NEW TRIAL ON 1/22/15 @ 9AM. MC JUDGE'S NOTE (JN)*

01/02/2015 **Amended Petition**
*E.PETER HEALEY'S AMENDED PETITION AND ANSWER IN CONSOLIDATED CAUSE AMENDED PETITION (AMP)*

01/12/2015 **Motion**
*PLAINTIFF AND THIRD-PARTY DEFENDANTS MOTION FOR ENTRY OF LEVEL 3 SCHEDULING ORDER MOTION (MOTION)*

01/22/2015 **Subpoena Filed**
*THE PHARMACIST OF WALGREENS SUBPOENA FILED (EP20)*

01/22/2015 **Subpoena Filed**
*THE PHARMACIST OF BEST VALUE WEST PHARMACY SUBPOENA FILED (EP20)*

01/22/2015 **Subpoena Filed**
*DR. ANGELO VU SUBPOENA FILED (EP20)*

01/22/2015 **Order**
*ORDER DENYING DEFENDANT, MARK HEALEY'S MOTION FOR NEW TRIAL ORDER (OR)*

01/22/2015 **All Pending Motions** (9:00 AM) (Judicial Officer Calhoon, Mark)

01/22/2015 **Judge's Note**
*ON HEARING ALL PENDING MOTIONS; DEFENDANT PROSE MARK HEALEY ON HIS MOTION NEW TRIAL; HEARD; DENIED; S/O SCHEDULING ORDER AFTER RULING ON DATES. MC*

01/23/2015 **Notice of Setting**
*NOTICE OF SETTING (NOS)*

01/26/2015 **Motion**
*EDWIN N HEALEY'S MOTION TO QUASH SUBPOENA TO DR. ANGELO VU, OBJECTIONS TO PRODUCTION OF DOCUMENTS, AND MOTION FOR PROTECTIVE ORDER MOTION TO QUASH (MOTQ)*

01/26/2015 **Motion**
*EDWIN N HEALEY'S MOTION TO QUASH SUBPOENA TO WALGREENS PHARMACY OBJECTIONS TO PRODUCTION OF DOCUMENTS, AND MOTION FOR PROTECTIVE ORDER MOTION TO QUASH (MOTQ)*

01/26/2015 **Motion**
*EDWIN N HEALEY'S MOTION TO QUASH SUBPOENA TO BEST VALUE WEST PHARMACY, OBJECTIONS TO PRODUCTION OF DOCUMENTS, AND MOTION FOR PROTECTIVE ORDER MOTION TO QUASH (MOTQ)*

01/27/2015 **Order**
*ORDER OF SEVERANCE ORDER (OR)*

01/30/2015 **Subpoena Filed**
*THE CHARLES SCHWAB CORPORATION SUBPOENA FILED (EP20)*

02/09/2015 **Motion**
*ELIZABETH HEALEY'S MOTION TO QUASH SUBPOENA TO JUDGE DUANE BENTON, OBJECTIONS TO PRODUCTION OF DOCUMENTS, AND MOTION FOR PROTECTIVE ORDER MOTION TO QUASH (MOTQ)*

02/11/2015 **Motion to Compel**
*MOTION TO COMPEL DISCOVERY MOTION TO COMPEL (MTNTC)*

02/11/2015 **Motion**
*MOTION FOR REHEARING OF ORDER FOR SEVERANCE MOTION (MOTION)*

02/13/2015 **Notice**
*NOTICE OF SUBPOENA REQUESTING PRODUCTION FROM THE CHARLES SCHWAB CORPORATION NOTICE (NOTICE)*

02/16/2015 **Notice**
*NOTICE (NOTICE)*

02/17/2015 **Notice of Appeal**
*NOTICE OF APPEAL (NA)*

02/17/2015 **Subpoena Filed**
*CUSTODIAN OF RECORDS FOR THE CHARLES SCHWAB COPORATION SUBPOENA FILED (EP20)*

02/18/2015 **Motion**
*E PETER HEALEY MOTION TO QUASH SUBPOENA TO MOTION TO QUASH (MOTQ)*

Appendix Pg
41

02/19/2015 **All Pending Motions** (10:00 AM) (Judicial Officer Calhoon, Mark)
02/20/2015 **Certificate / Certification**
   *OF APPEAL EFILED CERTIFICATE OF NOTICE (CERTIFICATE)*
02/20/2015 **Judge's Note**
   *AFTER HEARING; S/O DENYING E. PETER HEALEY'S MOTION FOR REHEARING OF SEVERANCE; AFTER HEARING; S/O DENYING
   EDWIN HEALEY'S MOTION TO QUASH SUBPEONA TO BEST VALUE PHARMACY; AFTER HEARING; S/O WALGREENS PHARMACY; S/O
   GRANTING MOTIO TO QUASH AS TO JUDGE DUANE BENTON. MC*
03/02/2015 **Subpoena**
   *Dr. Angelo Vu*
03/02/2015 **Subpoena**
   HEALEY, E. PETER                              Unserved
03/13/2015 **Amended Filing**
   *E.PETER HEALEY'S SECOND AMENDED PETITION AND ANSWER IN CONSOLIDATED CAUSE*
03/13/2015 **Amended Filing**
   *PLAINTIFF'S FOURTH AMENDED PETITION*
03/13/2015 **Answer/Response/Contest**
   *DEFENDANT ELZABETH HEALEY'S SECOND AMENDED ANSWER TO E. PETER HEALEY'S CLAIMS IN CONSOLIDATED CAUSE*
03/13/2015 **Answer/Response/Contest**
   *DEFENDANT MICHAEL R HEALEY'S SECOND AMENDED ANSWER TO E. PETER HEALEY'S CLAIMS IN CONSOLIDATED CAUSE*
03/13/2015 **Motion (No Fee)**
   *THIRD-PARTY DEFENDANT'S NO-EVIDENCE AND TRADIATION MOTION FOR PARTIAL SUMMARY JUDGMENT*
03/16/2015 **Affidavit**
   *MARK J HEALEY AFFIDAVIT FOR INABILITY TO PAY COSTS OF APPEAL*
03/16/2015 **Request**
   *MARK J HEALEY REQUEST TO PREPARE A PARTIAL REPORTER'S RECORD*
03/16/2015 **Request**
   *DEFENDANT MARK J HEALEY'S REQUEST FOR DOCUMENTS TO BE INCLUDED IN THE CLERK'S RECORD*
03/17/2015 **Notice**
   *NOTICE OF HEARING*
03/20/2015 **Hearing** (1:30 PM) ()
   *discovery objections*
03/20/2015 **Motion (No Fee)**
   *E. PETER HEALEY'S MOTION TO COMPEL DISCOVERY AND FORM FOR ORDER*
03/23/2015 **Answer/Response/Contest**
   */ ORDER*
03/23/2015 **Motion (No Fee)**
   *PLAINTIFF AND THIRD PARTY DEFENDANT'S MOTION FOR SANCTIONS*
03/25/2015 **Answer/Response/Contest**
   *PLAINTIFF AND THIRD PARTY DEFENDANTS' LETTER BRIEF REGARDING E. PETER HEALEY'S MOTION TO COMPEL DISCOVERY*
03/27/2015 **Reply/Response**
03/27/2015 **Request**
   *FOR EXTENSION*
03/30/2015 **Motion for Continuance**
   *PLAINTIFF AND THIRD-PARTY DEFENDANTS FIRST MOTION FOR CONTINUANCE*
04/02/2015 **Letter**
   *From Court of Appeals*
04/02/2015 **Motion (No Fee)**
   *THIRY-PARTY DEFENDANT ELIZABETH HEALEY'S MOTION FOR SANCTIONS*
04/06/2015 **Answer/Response/Contest**
   *E. PETER HEALEY'S RESPONSE TO PARTIAL MOTION FOR SUMMARY JUDGMENT*
04/08/2015 **Order**
   *ORDER GRANTING PLAINTIFF AND THIRD-PARTY DEFENDANTS' FIRST MOTION FOR CONTINUANCE*
04/10/2015 **Motion (No Fee)**
   *TO SUPPLEMENT RESPONSE TO THIRD PARTIES DEFENDANTS' NO EVIDENCE AND TRADITIONAL MOTION FOR PARTIAL SUMMARY
   JUDGMENT*
04/10/2015 **Answer/Response/Contest**
   *THIRD-PARTY DEFENDANT'S REPLY TO E. PETER HEALEY'S RESPONSE TO NO EVIDENCE AND TRADITIONAL MOTION FOR PARTIAL
   SUMMARY JUDGMENT*
04/10/2015 **Objection**
   *MICHAEL HEALEY AND ELIZABETH HEALEY'S OBJECTIONS AND RULINGS ON E. PETER HEALEY'S SUMMARY JUDGMENT EVIDENCE*
04/13/2015 **Motion For Partial Summary Judgment** (9:00 AM) (Judicial Officer Calhoon, Mark)
   *m/sanctions too; 3rd party def., Elizabeth Healey's m/sanctions too*
04/13/2015 **Motion for Continuance**
   *PLAINTIFF AND THIRD-PARTY DEFENDANTS' FIRST MOTION FOR CONTINUANCE*
04/13/2015 **Reply/Response**
   *THIRD-PARTY DEFENDANTS' REPLY TO E. PETER HEALEY'S RESPONSE TO NO-EVIDENCE AND TRADITIONAL MOTION FOR PARTIAL
   SUMMARY JUDGMENT*
04/13/2015 **Motion (No Fee)**
   *BRIEF BULLET-POINT SUMMARY OF GROUNDS FOR THIRD-PARTY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT*
04/14/2015 **Clerk's Record**
   *EFILED; CONFIRMATION OF FILING; SEE APPEALS FOLDER FOR RECORD*
04/17/2015 **Order**
   *ORDER ON E. PETER HEALEY'S MOTION TO COMPEL DISCOVERY*
04/17/2015 **Order**
   *ORDER ON THIRD-PARTY DEFENDANTS' NO-EVIDENCE AND TRADITIONAL MOTION FOR PARTIAL SUMMARY JUDGMENT*
04/17/2015 **Order**
   *ORDER ON PLAINTIFF & THIRD-PARTY DEFENDANTS' MOTION FOR SANCTIONS AND THIRD-PARTY DEFENDANT ELIZABETH
   HEALEY'S MOTION FOR SANCTIONS*
06/03/2015 **Subpoena Filed**
   *CHUCK BAUMAN*
06/05/2015 **Motion (No Fee)**
   *E.PETER HEALEY'S MOTION IN LIMINE*
06/08/2015 **Pretrial Conference** (9:00 AM) (Judicial Officer Calhoon, Mark)
06/08/2015 **Amended Filing**

APPendix Pg
42

| | |
|---|---|
| | *E. PETER HEALEY'S AMENDED MOTION IN LIMINE* |
| 06/08/2015 | **Subpoena Filed** |
| | *CHUCK BAUMAN* |
| 06/08/2015 | **Subpoena Filed** |
| | *STEVE SHADDOX* |
| 06/08/2015 | **Subpoena Filed** |
| | *ROGER ANDERSON* |
| 06/08/2015 | **Subpoena Filed** |
| | *DR. WILLIAM MCBRIDE* |
| 06/08/2015 | **Subpoena Filed** |
| | *EDWIN N HEALEY* |
| 06/08/2015 | **Subpoena Filed** |
| | *ELIZABETH HEALEY* |
| 06/08/2015 | **Summons Filed** |
| | *MICHAEL R HEALEY* |
| 06/09/2015 | **Jury Trial** (9:00 AM) (Judicial Officer Calhoon, Mark) |
| 06/09/2015 | **Order** |
| | *ORDER IN LIMINE* |
| 06/09/2015 | **Judge's Note** |
| | *JURY SELECTED; ATTORNEY KILLON AND DENNIS FOR P'S; ATT STARK W/DEF PETE HEALEY; DEF PAUL HEALEY PROSE; TRIAL COMMENCED; RECESS. MC* |
| 06/10/2015 | **Judge's Note** |
| | *TRIAL CON'T. MC* |
| 06/11/2015 | **Judge's Note** |
| | *TRIAL CON'T. MC* |
| 06/17/2015 | **Judge's Note** |
| | *TRIAL CON'T. MC* |
| 06/18/2015 | **Motion and Order** |
| | *E. PETER HEALEY'S SECOND MOTION AND ORDER FOR TRIAL AMENDMENT* |
| 06/18/2015 | **Motion and Order** |
| | *E. PETER HEALEY'S FIRST MOTION AND ORDER FOR TRIAL AMENDMENT* |
| 06/18/2015 | **Request** |
| | *E. PETER HEALEY'S REQUEST FOR JURY INSTRUCTIONS* |
| 06/18/2015 | **Court's Charge** |
| 06/18/2015 | **Judge's Note** |
| | *TRIAL CON'T; ALL SIDES REST/CLOSE; CHARGE READ; ARGUMENT; JURY RETURN VERDICT FOR PLAINTIFF; ATT KILLON TO PREPARE JUDGMENT. MC* |
| 06/18/2015 | **Judge's Note** |
| | *TRIAL CON'T; ALL SIDES REST/CLOSE; CHARGE READ; ARGUMENT; JURY RETURN VERDICT FOR PLAINTIFF; ATT KILLON TO PREPARE JUDGMENT. MC* |
| 06/22/2015 | **Subpoena Filed** |
| | *DR. ANGELO VU* |
| 06/29/2015 | **Motion (No Fee)** |
| | *PLAINTIFF AND THIRD-PARTY DEFENDANTS MOTION FOR ENTRY OF FINAL JUDGMENT* |
| 06/30/2015 | **Judgment** |
| | *FINAL JUDGMENT* |
| 07/01/2015 | **Notice** |
| | *OF COURT ORDER* |
| 07/06/2015 | **Answer/Response/Contest** |
| | *DEFENDANT E. PETER HEALEY* |
| 07/13/2015 | **Request** |
| | *COPIES. SENT 7/13/15* |
| 07/15/2015 | **Returned Mail** |
| | *NOTICE LETTER* |
| 07/24/2015 | **Suggestion of Bankruptcy** |
| 07/24/2015 | **Suggestion of Bankruptcy** |

---

**FINANCIAL INFORMATION**

| | | | | |
|---|---|---|---|---|
| | **Defendant HEALEY, E. PETER** | | | |
| | Total Financial Assessment | | | 522.00 |
| | Total Payments and Credits | | | 65.00 |
| | **Balance Due as of 08/19/2015** | | | **457.00** |
| 12/23/2014 | Transaction Assessment | | | 65.00 |
| 12/23/2014 | Payment | Receipt # 201023256 | STARK, STEVE | (65.00) |
| 04/16/2015 | Transaction Assessment | | | 457.00 |
| | | | | |
| | **Plaintiff HEALEY, EDWIN N.** | | | |
| | Total Financial Assessment | | | 277.00 |
| | Total Payments and Credits | | | 277.00 |
| | **Balance Due as of 08/19/2015** | | | **0.00** |
| 07/07/2014 | Transaction Assessment | | | 247.00 |
| 07/30/2014 | Payment | Receipt # 201021800 | KILLEN, KOY R | (247.00) |
| 04/16/2015 | Transaction Assessment | | | 30.00 |
| 04/16/2015 | Payment | Receipt # 2015-00569-DC | KILLEN, KOY R | (30.00) |

*APPendix P₅*

*43*